IN RE BRUCE R. ET AL.

The petitioner-father's petition for certification for appeal from the Appellate Court, 34 Conn. App. 176 (AC 12662), is granted, limited to the following issue:

"In the circumstances of this case, was the financial condition of the natural parents a required consideration in determining whether termination of parental rights was in the best interests of the children?"

The Supreme Court docket number is SC 14943.

*William F. Gallagher,* in support of the petition.

*Sean Orion Lebas,* in opposition.

Decided June 16, 1994

STATE OF CONNECTICUT *v.* LONNIE WALTON

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 223 (AC 10492), is denied.

*Todd D. Fernow,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 16, 1994

STATE OF CONNECTICUT *v.* PAUL F. MILLER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 34 Conn. App. 250 (AC 11094), is denied.

*John A. East III,* deputy assistant state's attorney, in support of the petition.

*Richard T. Meehan, Jr.,* in opposition.

Decided June 16, 1994